# CHAPTER 13 PLAN

**DEBTOR:** William Warren Laird, Jr.  **CASE NO.:** 14-02046-13
**SSN:** XXX-XX-6279
**DEBTOR:**  **NET MONTHLY EARNINGS:** $254.00
**SSN:** XXX-XX-  **NUMBER OF DEPENDENTS:** 1

I. Plan Payments: Debtor to make payments directly to the Trustee in the amount of $272.00 monthly.

Length of plan is approximately 60 months, and the total amount of debt to be disbursed by the Trustee is approximately $15,475.80

II. From the payments received, the Trustee shall make disbursements as follows:
   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See 11 U.S.C. § 1322(a)(2)]
   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Alabama Department of Revenue | Taxes | $750.00 | N/a |

   B. Total ATTORNEY FEE $3,000.00. $200.00 to be paid at confirmation, and $30.00 monthly until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

**1. Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid by the Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|
| Fidelity Bank | $49,989.47 | $414.00 | May 2014 | $6,500.00 | Through April 2014 | 121.00 to begin 11/2014 |

**2. Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Check Exchange of Bessemer | None | $4500.00 | $5777.33 | $0.00 | 2007 Ford Ranger | 5.25% | $94.00 | To begin 11/2014 |

**III. Other Debts not shown in 1. or 2. above which Debtor(s) propose to pay direct:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |

**IV. Special Provisions:**
- This is an original plan.
  This is an amended plan replacing plan dated _____.
- This plan proposes to pay unsecured creditors 0%
  Debtor **assumes** lease and/or executory contract with.
- Other provisions:
  1. Attorney fees for attorney for Debtor(s) shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.
  2. Debtor(s) will pay pre-petition and post-petition service with Alabama Power in the ordinary course of business as adequate assurance under title 11 U.S.C. § 366 in lieu of posting a deposit under title 11 U.S.C. § 366 and acknowledges 11 U.S.C. § 362 will not prohibit collection of these debts.
  3. Payments made by the Debtor for bankruptcy filing fees or other court costs, or for Adequate Protection Payments, shall be credited toward Chapter 13 plan payments due for the month in which such payment was made.
  4. Debtor shall remit all post petition tax refunds to the Chapter 13 Trustee during this case. In the alternative, on or before May 15 of each calendar year, Debtor may file a motion to modify the confirmed plan to increase the pro rata share available to holders of nonpriority unsecured claims over the remaining plan term by the amount of the tax refund retained by Debtor. At the time that Debtor files any such motion to modify, Debtor's plan payments must be substantially current and Debtor shall file with the court and serve upon the Chapter 13 Trustee a copy of the federal income tax return for the applicable year.
  5. Debtor proposed to surrender his interest in the 2007 Honda 4-wheeler, 2004 Chevrolet Trailblazer and the 2000 Dodge 1500.

/s/ William Warren Laird, JR.          Date: April 14, 2014.

Debtor

**ATTORNEY FOR DEBTOR:** Jaffe and Erdberg 205 20th St No Ste 817, Birmingham, Al 35203, 205-323-4500